IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| JAMES STILE,<br><br>Plaintiff<br><br>v.<br><br>WARDEN JORDAN HOLLINGSWORTH *et al.*,<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civ. Action No. 17-2693(RMB)<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court upon the Rule 41(a) Stipulation of Voluntary Dismissal with prejudice by the parties (Dkt. No. 113), with each party to bear its own costs.

**IT IS** therefore on this **8th day of April 2021**,

**ORDERED** that the case is dismissed and the Clerk shall close this matter.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**UNITED STATES DISTRICT JUDGE**